WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Michael Dean Leivas,<br><br>    Defendant. | CR-08-00055-PHX-ROS<br><br>**<u>ORDER</u>** |

A pretrial revocation hearing on the Petition to Revoke Conditions of Release was held on May 16, 2008.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by all conditions or combination of conditions of release if Defendant were released.

**IT IS ORDERED** that the Defendant shall remain detained pending further order of the court.

DATED this 22ND day of May, 2008.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge